■ BEN GERSTEN, Respondent, v DENNIS M. LEMKE, Appellant, et al., Defendants. [890 NYS2d 828]

Defendant's bare assertions of inconvenience fail to show the manner in which his proposed witnesses would be inconvenienced by having to travel between Nassau and New York Counties (*see Schoen v Chase Manhattan Automotive Fin. Corp.*, 274 AD2d 345 [2000]; *cf. Cardona v Aggressive Heating*, 180 AD2d 572, 573 [1992]; *Heinemann v Grunfeld*, 224 AD2d 204 [1996]). In addition, the home or work addresses of allegedly inconvenienced witnesses were improperly first provided in defendant's reply papers (*see Schoen, supra; Root v Brotmann*, 41 AD3d 247 [2007]). Concur—Andrias. J.P., Friedman, Acosta, DeGrasse and Román, JJ.